**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**STANLEY PRICE**                                                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 09-7563**

**JUDGE MARY ANN VIAL LEMMON, ET AL.**          **SECTION "I" (3)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the objection by plaintiff, Stanley Price , which is hereby

**OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as

its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's claims against Judge Mary Ann Vial Lemmon of this Court

and Judges Patrick E. Higginbotham, Rhesa H. Barksdale and Jennifer W. Elrod of the United States

Court of Appeals for the Fifth Circuit be DISMISSED WITH PREJUDICE on the ground of judicial

immunity.

New Orleans, Louisiana, this _____1st_____ day March, 2010.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**